**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISON**
**LEXINGTON**

Eastern District of Kentucky
FILED

AUG 2 0 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 26-91-CHB-EBA
**18 U.S.C. § 922(g)(1)**

**DARRYL W. STEWART**

* * * * *

**THE GRAND JURY CHARGES:**

On or about April 30, 2026, in Fayette County, in the Eastern District of Kentucky,

**DARRYL W. STEWART,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Colt .38 Special caliber revolver bearing serial number M37052, and the firearm was in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATIONS**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the offense alleged in the Indictment, **DARRYL W. STEWART** shall forfeit to the United States any and all firearms and

ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **DARRYL W. STEWART** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

**<u>FIREARM AND AMMUNITION:</u>**

a) Colt .38 Special caliber revolver bearing serial number M37052; and

b) Ammunition.

**A TRUE BILL**

[redacted]

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**CYNTHIA T. RIEKER**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Forfeiture.

**PLUS:** Restitution, if applicable.